UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN ZIEGER,<br><br>        Plaintiff,<br><br>- against -<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>        Defendant. | Docket No. 1:17-cv-02223-RMB-AMD |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendant Allied Collection Services, Inc., in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:  February 1, 2018

| | |
|---|---|
| MARCUS & ZELMAN, LLC<br>*Attorneys for Plaintiff*<br>*John Zieger*<br><br>By: ___/s/ Ari Marcus_____<br>  Ari Marcus, Esq.<br>1500 Allaire Avenue, Suite 101<br>Ocean, New Jersey 07712<br>Tel: (732) 695-3282<br>Email:  ari@marcuszelman.com | BARRON & NEWBURGER, P.C.<br>*Attorneys for Defendant*<br>*Allied Collection Services, Inc.*<br><br>By: _/s/ Mitchell L. Williamson_____<br>  Mitchell L. Williamson, Esq.<br>458 Elizabeth Avenue, Suite 5371<br>Somerset, New Jersey 08873<br>Tel: (732) 328-9480<br>Email: mwilliamson@BN-lawyers.com |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN ZIEGER,<br><br>                    Plaintiff,<br><br>    - against -<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>                    Defendant. | Docket No. 1:17-cv-02223-RMB-AMD |

# **DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 1, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:17-cv-02223-RMB-AMD, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____ **day of** _____, 2018.

_____
HONORABLE RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE