UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN ZIEGER,<br><br>                              Plaintiff,<br><br>- against -<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>                              Defendant. | Docket No. 1:17-cv-02223-RMB-AMD |

# DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 1, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:17-cv-02223-RMB-AMD, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _1st_ **day of** _February_, **2018.**

_____
HONORABLE RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE